# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1529
LT Case Nos. 05-2018-CF-029819-A
05-2018-CF-036581-A
05-2018-CF-036781-A

_____

DAVID O. PAYET,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Laura Moody, Judge.

David O. Payet, Raiford, for Appellant.

No Appearance for Appellee.

June 30, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____